# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2014

### NO. 03-13-00077-CV

**Appellants, Texas State Board of Examiners of Marriage and Family Therapists;
Charles Horton in his Official Capacity; Sandra DeSobe in her Official Capacity, and
Texas Association of Marriage and Family Therapy //
Cross-Appellant, Texas Medical Association**

**v.**

**Appellee, Texas Medical Association//
Cross-Appellees, Texas State Board of Examiners of Marriage and Family Therapists;
Charles Horton in his Official Capacity; Sandra DeSobe in her Official Capacity, and
Texas Association of Marriage and Family Therapy**

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD
CONCURRING AND DISSENTING OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on January 23, 2013. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall

pay all costs relating to this appeal, both in this Court and the court below.